No. 25-5118 September Term, 2024

1:24-mc-00143-RC

Filed On: April 16, 2025 [2111336]

In re: Subpoena Issued to Federal Bureau of Investigation,

------------------------------

United States Department of Justice and Federal Bureau of Investigation,

      Appellees

  v.

Kavon Young,

      Appellant

# O R D E R

It is **ORDERED**, on the court's own motion, that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | May 16, 2025 |
| Docketing Statement Form | May 16, 2025 |
| Entry of Appearance Form (Attorneys Only) | May 16, 2025 |
| Procedural Motions, if any | May 16, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 16, 2025 |
| Statement of Issues to be Raised | May 16, 2025 |
| Transcript Status Report | May 16, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | May 16, 2025 |
| Dispositive Motions, if any | June 2, 2025 |

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 16, 2025 |
| Entry of Appearance Form (Attorneys Only) | May 16, 2025 |
| Procedural Motions, if any | May 16, 2025 |
| Dispositive Motions, if any | June 2, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                        BY:    /s/
                                  Emily K. Campbell
                                  Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)