# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5118**  **September Term, 2024**

**1:24-mc-00143-RC**

**Filed On:** July 30, 2025

In re: Subpoena Issued to Federal Bureau of
Investigation,

------------------------------

United States Department of Justice and
Federal Bureau of Investigation,

      Appellees

   v.

Kavon Young,

      Appellant

**BEFORE:**    Millett, Pillard, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion for voluntary dismissal and vacatur of the district court decision, it is

**ORDERED** that the motion for voluntary dismissal be granted and that the appeal be dismissed.  It is

**FURTHER ORDERED** that motion for vacatur be granted.  This appeal has become moot due to the dismissal of the underlying criminal proceeding.  See In re City of El Paso, 887 F.2d 1103, 1106 (D.C. Cir. 1989) (per curiam).  Accordingly, the order and opinion of the district court filed March 13, 2025, are hereby vacated and the case remanded to the district court with instructions to dismiss as moot both the motion to remand or in the alternative to enforce the subpoena and the motion to quash.  See id.; United States v. Munsingwear, Inc., 340 U.S. 36, 39-40 (1950).

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5118**                    **September Term, 2024**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk